JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAVON LOVOWE RAMSEY,<br>Petitioner,<br>v.<br>J. SMITH (WARDEN),<br>Respondent. | No. ED CV 26-4380-PA(E)<br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 10, 2026.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE